## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PRAIRIE POINTE ORTHODONTICS, P.A.,** <br> **on behalf of itself and all other similarly** <br> **situated,** | ) <br> ) <br> ) |
| | ) |
| **Plaintiff,** | ) **CIVIL ACTION** <br> ) **CASE NO.   2:22-cv-02249** |
| | ) |
| **v.** | ) |
| | ) |
| **ASHTEL STUDIOS, INC. D/B/A,** | ) |
| **SMARTCARE, and JOHN DOES 1-10,** | ) |
| | ) |
| **Defendants.** | ) **Complaint filed June 26, 2022** |

## NOTICE OF CONDITIONAL SETTLEMENT AND JOINT MOTION
## TO AMEND THE SCHEDULING ORDER

Plaintiff Prairie Pointe Orthodontics, P.A. and Defendant Ashtel Studios, Inc. d/b/a SmartCare (collectively, the "Parties") jointly hereby provide notice to this Court that they have reached a settlement in the above-captioned action.  The Parties therefore request that, pursuant to Local Rule 6.1, the Court continue all upcoming deadlines set forth in the Scheduling Order for 45 days to allow the Parties time to complete a settlement agreement and file a dismissal of this action.

Respectfully Submitted,
Dated: December 23, 2022

DYSART TAYLOR COTTER
McMONIGLE & BRUMITT, P.C.

 */S/ AMANDA PENNINGTON KETCHUM*

Amanda Pennington Ketchum, KS#20559
Michael Judy, KS#22916
700 West 47th Street, Suite 410
Kansas City, Missouri 64112
Telephone: (816) 931-2700
Facsimile: (816) 931-7377
aketchum@dysarttaylor.com
mjudy@dysarttaylor.com

Sridavi Ganesan (SBN 216129)*

sganesan@romeandassociates.com
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691
\* appearing pro hac vice
*Attorneys for Ashtel Studios, Inc.*


Dated: December 23, 2022          BEAM-WARD, KRUSE, WILSON & FLETES, LLC

*/s/ Richard S. Fisk*
Richard S. Fisk, KS# 23712
8645 College Boulevard, Suite 250
Overland Park, Kansas 66210
(913) 339-6888/ (913) 339-9653 (FAX)
Email: rfisk@bkwflaw.com

Joe P. Leniski, Jr. (TN BAR. NO. 22891)\*
Anthony Orlandi (TN BAR NO. 33988)\*
BRANSTETTER, STRANCH & JENNINGS,
 PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Email: joeyl@bsjfom.com
       aorlandi@bsjfirm.com
\* appearing pro hac vice
*Attorneys for Prairie Pointe and the Proposed
       Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 23, 2022, the foregoing document was served

via the Court's online CM/ECF system, via filing, to all counsel of record as follows:

Amanda Pennington Ketchum
Michael Judy
DYSART TAYLOR COTTER
McMONIGLE & BRUMITT, P.C.
700 West 47th Street, Suite 410
Kansas City, Missouri 64112
aketchum@dysarttaylor.com
mjudy@dysarttaylor.com

Sridavi Ganesan
ROME & ASSOCIATES, A.P.C.
2029 Century Park E, Suite 450
Los Angeles, California 90067
sganesan@romeandassociates.com

*Attorneys for Defendant*
*ASHTEL STUDIOS, INC.*

*/s/ Richard S. Fisk*
Richard S. Fisk